# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00019-EWN-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GILLIAN CARISSA SANDOVAL

      Defendant.

## ORDER CONTINUING TERM OF SUPERVISED RELEASE

      This matter comes before the Court on a report from the probation officer that defendant violated conditions of her supervised release. On March 26, 2008, defendant admitted to alleged violations 1 through 8 in the probation officer's petition.

      ORDERED that the defendant's supervision be continued and extended for a period of one year to August 7, 2009, and that all original conditions of supervision remain in full force and effect.

      FURTHER ORDERED 1) that defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation officer, until she is released from the program by the probation officer. The defendant shall pay all costs associated with this program; 2) that defendant shall reside in a Residential Reentry Center (RRC) for six (6) months, as soon as a bed is available, and shall abide by all the rules and regulations of that facility, as well as the directions of her probation officer.

      DATED at Denver, Colorado, this 1st day of April, 2008.

      BY THE COURT:

      s/ Edward W. Nottingham
      Edward W. Nottingham
      Chief United States District Judge